NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: KELLY K. HOUSTON,**
*Appellant*

---

2018-1773

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,530.

---

## JUDGMENT

---

LARRY L. COATS, Coats & Bennett, PLLC, Cary, NC, argued for appellant. Also represented by BRANDEE NICOLE WOOLARD.

MOLLY R. SILFEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by MICHAEL S. FORMAN, JOSEPH MATAL, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 19, 2019                    /s/Peter R. Marksteiner
            Date                          Peter R. Marksteiner
                                          Clerk of Court